THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
 
v.
 
 Frederick Jeter, Appellant.
 
 
 

Appeal From Spartanburg County
E.C. Burnett, III, Circuit Court Judge

Unpublished Opinion No.  2011-UP-394
Submitted August 11, 2011  Filed August
 18, 2011

APPEAL DISMISSED

 
 
 
Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Frederick Jeter appeals his conviction
 for distribution of crack cocaine.  On appeal, his counsel argues the trial
 court erred in: (1) admitting evidence of an unredacted phone call in which a
 police officer refers to crack cocaine and (2) admitting evidence of crack cocaine
 where the solicitor failed to establish a complete chain of custody.  Additionally,
 Jeter filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.